**Entered on Docket
November 15, 2016**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: November 15, 2016**



_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CHUAN TANG,<br><br>                 Debtor.<br>_____<br>NEKIS OLIVER DE LEON-GARCIA and FRANCISCO GUACAMAYA GARCIA,<br><br>                Plaintiffs,<br>  vs.<br><br>CHUAN TANG,<br><br>                Defendant.<br>_____ | Bankruptcy Case<br>No. 16-30196 DM<br><br>Chapter 7<br><br><br><br>Adv. Proc. No. 16-03057<br><br>Date: December 16, 2016<br>Time: 1:30 p.m.<br>Ctrm: Hon. Dennis Montali<br>     Courtroom 17<br>     450 Golden Gate Avenue<br>     16th Floor<br>     San Francisco, CA |

### ORDER CHANGING DATE OF HEARING

IT IS HEREBY ORDERED that the status conference in the above-captioned adversary proceeding set for hearing before Hon. Dennis Montali on November 18, 2016 at 1:30 p.m. has been reset to December 16, 2016 at 1:30 p.m. in Courtroom 17 of the United States Bankruptcy Court, Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102.

**\*\*END OF ORDER\*\***