**Signed and Filed: November 22, 2016**



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CHUAN TANG,<br><br>    Debtor.<br>_____<br>NEKIS OLIVER DE LEON-GARCIA and<br>FRANCISCO GUACAMAYA GARCIA,<br><br>    Plaintiffs,<br>v.<br><br>CHUAN TANG,<br><br>    Defendant.<br>_____ | Bankruptcy Case<br>No. 16-30196 DM<br><br>Chapter 7<br><br><br><br><br>Adversary Proceeding<br>No. 16-03057 |

**ORDER CHANGING HEARING TIME OF STATUS CONFERENCE**

IT IS HEREBY ORDERED that the status conference in the above-captioned adversary proceeding set for hearing before Hon. Dennis Montali on December 16, 2016, at 1:30 p.m. has been reset to December 16, 2016 at **2:30 p.m.**  The location of the hearing shall remain Courtroom 17 of the United States Bankruptcy Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102.

**\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | |
| 3 | Svetlana V. Shirinova |
| | Law Offices of Svetlana M. Shirinova |
| 4 | 785 Market Street, 16th Floor |
| | San Francisco, CA 94103 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |